[No. 6521-9-III.   Division Three.   June 6, 1985.]

*In the Matter of the Welfare of*
TIMOTHY UNBEWUST.

GERALDINE UNBEWUST, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. J-3003, Albert J. Yencopal, J., entered May 18, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 14308-5-I.   Division One.   June 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY G. BATZEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-04868-4, Francis E. Holman, J., entered January 27, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 13891-0-I.   Division One.   June 10, 1985.]

ELDRED & ESSEX CONSTRUCTION, INC., *Respondent,* v. THE DEPARTMENT OF FISHERIES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-00885-7, Jack S. Kurtz, J., entered September 30, 1983. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Corbett, C.J., and Swanson, J.